# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB) (Consolidated) |
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED,<br><br>*Defendant*. | C.A. No. 1:23-cv-01182-GBW-CJB |
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED,<br><br>*Defendant*. | C.A. No. 1:23-cv-00923-GBW-CJB |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, the appearance of Kenneth S. Canfield, Julia S. Kim, Edward D. Pergament and Dmitry V. Shelhoff, of Pergament & Cepeda, LLP and Kenneth L. Dorsney and Cortlan S. Hitch of Morris James LLP for Defendant Aurobindo Pharma Limited ("Aurobindo") are hereby withdrawn. R Touhey Myer of Kratz & Barry LLP will continue to represent Aurobindo.

Dated: November 25, 2024

                                                */s/ Cortlan S. Hitch*
                                              Kenneth L. Dorsney (#3726)
                                              Cortlan S. Hitch (#6720)
                                              Morris James LLP
                                              500 Delaware Avenue, Suite 1500
                                              Wilmington, DE 19801
                                              Telephone: (302) 888-6800
                                              kdorsney@morrisjames.com
                                              chitch@morrisjames.com

                                              *Prior Counsel for*
                                              *Aurobindo Pharma Limited*